UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

COURT FILE NO.: **1:16-CV-699-KAM-RLM**

| | |
|---|---|
| DAVID NIKCHEMNY and TSILIA NIKCHEMNY<br><br>Plaintiff,<br><br>v.<br><br>COLONY INSURANCE COMPANY<br><br>Defendants. | **NOTICE OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY NOTICED** by the Plaintiff and her attorneys, that the above-entitled action against this Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Respectfully submitted,

Dated: December 19, 2016

/s/ *Mikhail Usher*
Mikhail Usher, Esq.
USHER LAW GROUP, P.C.
*Attorneys for Plaintiff*
2711 Harway Avenue
Brooklyn, New York 11214
Telephone: (718) 484-7510
Facsimile: (718) 865-8566
musheresq@gmail.com

So Ordered
/s/ Cheryl Pollak
USMJ
12/20/16

-1-